# Order

Michigan Supreme Court
Lansing, Michigan

July 20, 2012

Robert P. Young, Jr.,
Chief Justice

145036 (118)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE BRENT, MINORS.

SC: 145036
COA: 298720
Wayne CC Family Division:
10-492704

_____/

On order of the Court, the motion for reconsideration of this Court's June 20, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

HATHAWAY, J., did not participate because of a familial relationship with the referee in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2012

_____
Clerk

d0717